**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

IN RE:                                                    CASE NO.:  6:15-bk-10589-KSJ
                                                          CHAPTER 13
HUY MINH LY,

Debtor.

_____/

## <u>MOTION FOR THE CONTINUATION OF THE AUTOMATIC STAY</u> <u>AS TO ALL CREDITORS</u>

Pursuant to 11 USC §362(c)(3), the automatic stay in this case terminates 30 days after the petition was filed.

Debtor needs to have the automatic stay extended as to all creditors during the pendency of the case, in order that Debtor may safeguard his homestead and personal property.

This case was filed in good faith as to all creditors.

The Debtor's previous case was dismissed for failure to make payments.  Debtor lost his job which prevented him from making payments.

The Debtor has since experienced a change in financial circumstances.  Debtor has obtained a new job that will allow him to make his ongoing payments.

Debtor is also making payments by way of wage deduction order to ensure timely and full payment to the Trustee.

WHEREFORE, Debtor respectfully requests the Court to extend the automatic stay and grant any other relief deemed just.

DATED: December 23, 2015                    The Law Offices of Keith D. Collier
                                            /s/ Keith D. Collier, Esquire
                                            **KEITH D. COLLIER**
                                            Florida Bar No.: 0633771
                                            2350 Park Street
                                            Jacksonville, Florida 32204
                                            (904) 981-8100/Fax: 981-8015
                                            Collier@KeithDCollier.com
                                            Attorney for Debtor

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by Electronic Mail or U.S. Mail to all parties of interest listed on the attached mailing matrix this December 23, 2015.

<u>/s/ Keith D. Collier, Esquire</u>
**KEITH D. COLLIER**

Label Matrix for local noticing
113A-6
Case 6:15-bk-10589-KSJ
Middle District of Florida
Orlando
Wed Dec 23 12:08:12 EST 2015

United States Trustee - ORL7/13 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

AMSCOT CORPORATION
PO Box 25137
Tampa, FL 33622-5137

American General Financial/Springleaf Fi
Springleaf Financial/Attn: Bankruptcy De
PO Box 3251
Evansville, IN 47731-3251

Americash Loans
1590 N Rand Rd Ste G
Palatine, IL 60074-8510

Americash Loans, LLC
c/o Checkbook Loan Dept
880 Lee St Ste 302
Des Plaines, IL 60016-6487

Amscot Financial
5912 S Orange Blossom Trail
Orlando, FL 32809-4606

Avant Inc
640 N La Salle Dr
Chicago, IL 60654-3781

Bank of America
Attn: Bankruptcy Dept NC4-105-0314
PO Box 26012
Greensboro, NC 27420-6012

Bby/cbna
50 NW Point Blvd
Elk Grove Village, IL 60007-1032

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

(p)BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

Calvary Portfolio Services
500 Summit Lake Dr Ste 400
Valhalla, NY 10595-2322

Cap1/bstby
1405 Foulk Rd
Wilmington, DE 19803-2769

Capital One
Attn: Bankruptcy
PO Box 30253
Salt Lake City, UT 84130-0253

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 30281
Salt Lake City, UT 84130-0281

Capital One
PO Box 5253
Carol Stream, IL 60197-5253

Capital One Bank USA N
PO Box 30281
Salt Lake City, UT 84130-0281

Cavalry Portfolio Serv
PO Box 27288
Tempe, AZ 85285-7288

Chase
PO Box 15298
Wilmington, DE 19850-5298

Chase Card Services
Attn: Correspondence Dept
PO Box 15298
Wilmington, DE 19850-5298

Chase/kanes
PO Box 15298
Wilmington, DE 19850-5298

Citi
PO Box 6241
Sioux Falls, SD 57117-6241

Citibank/Best Buy
Centralized Bankruptcy/CitiCorp Credit S
PO Box 790040
Saint Louis, MO 63179-0040

Comenity Bank/Sprtauth
PO Box 182789
Columbus, OH 43218-2789

Comenity Bank/Tsa
PO Box 182125
Columbus, OH 43218-2125

DiTronics
7699 W Post Rd
Las Vegas, NV 89113-6612

Discover Fin Svcs LLC
PO Box 15316
Wilmington, DE 19850-5316

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Dsnb Bloom
PO Box 8218
Mason, OH  45040-8218

Dsnb Bloomingdales
Macy's Bankruptcy Dept.
PO Box 8053
Mason, OH  45040-8053

Dsnb Macys
Macys Bankruptcy Department
PO Box 8053
Mason, OH  45040-8053

Dsnb Macys
PO Box 8218
Mason, OH  45040-8218

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

GMAC Mortgage
PO Box 4622
Waterloo, IA  50704-4622

Gm Financial
PO Box 181145
Arlington, TX  76096-1145

Home Comings Financial / GMAC Mortgage
Attention: Bankruptcy Dept
PO Box 4622
Waterloo, PA  19034

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Kohl's
PO Box 2983
Milwaukee, WI  53201-2983

McCoy Fed Credit Union
PO Box 593806
Orlando, FL  32859-3806

McCoy Federal Credit U
1900 McCoy Rd
Orlando, FL 32809-7896

Nelnet Loans
3015 S Parker Rd Ste 425
Aurora, CO  80014-2904

Nelnet Loans
Nelnet Claims
PO Box 82505
Lincoln, NE  68501-2505

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

Rivers Casino
3000 S River Rd
Des Plaines, IL  60018-4201

Santander Consumer USA
PO Box 961245
Fort Worth, TX  76161-0244

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

Stellar Recovery Inc
1327 Highway 2 W
Kalispell, MT 59901-3413

Stellar Recovery Inc
1327 Highway 2 W Ste 100
Kalispell, MT 59901-3413

Syncb/Care Credit
C/o
PO Box 965036
Orlando, FL  32896-5036

Syncb/Walmart
PO Box 965024
Orlando, FL  32896-5024

Synchrony Bank
PO Box 965050
Orlando, FL  32896-5050

Synchrony Bank/Care Credit
Attn: bankruptcy
PO Box 103104
Roswell, GA  30076-9104

Synchrony Bank/Walmart
Attn: Bankruptcy
PO Box 103104
Roswell, GA  30076-9104

Target
C/O Financial & Retail Services Mailstop
PO Box 9475
Minneapolis, MN  55440-9475

Td Bank N.A.
32 Chestnut St
Lewiston, ME 04240-7799

Td Bank USA/Targetcred
PO Box 673
Minneapolis, MN  55440-0673

Univ of Central Florid
12424 Research Pkwy Ste
Orlando, FL  32826-3249

Vision One Lasik Center
1794 S Arlington Heights Rd
Arlington Heights, IL  60005-3727

Wells Fargo Bank
PO Box 55126
Boston, MA  02205-5126

(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

Huy Minh Ly
2748 Pythagoras Cir
Ocoee, FL 34761-4416

Keith Collier
The Law Offices of Keith D. Collier PLLC
861 Morse Boulevard, Suite 1
Winter Park, FL 32789-3746

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790-3450

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bk of Amer
PO Box 982238
El Paso, TX  79998-2238

Bmw Financial Services
5515 Parkcenter Cir
Dublin, OH  43017-3584

(d)Bmw Financial Services
Attn: Bankruptcy Department
PO Box 3608
Dublin, OH  43016-0306

Discoverbank
PO Box 15316
Wilmington, DE  19850-5316

Springleaf Financial S
601 NW 2nd St
Evansville, IN  47708-1013

(d)Springleaf Financial S
969 Elmhurst Rd
Des Plaines, IL  60016-5601

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD  21701-4747

End of Label Matrix
Mailable recipients    65
Bypassed recipients     0
Total                  65