ORDERED.

Dated: January 08, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.:  6:15-bk-10589-KSJ |
| | CHAPTER 13 |
| HUY MINH LY, | |
| Debtor. | |
| _____/ | |

### ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY

THIS CASE came on for hearing January 5, 2016, to consider the Motion to Extend the Automatic Stay (Docket #9) filed December 23, 2015, by the Debtor.  It appears that a case filed by the Debtor was pending within the one-year period preceding the filing of the current case.  The Motion presently under consideration, therefore, requests that the automatic stay be extended as to all creditors pursuant to § 362(c)(3)(B) of the Bankruptcy Code.

The Debtor demonstrated that the above-captioned case was filed in good faith as to the affected creditors, and that the stay should be extended as to all creditors pursuant to § 362(c)(3)(B) of the Bankruptcy Code.  Accordingly: it is

**ORDERED** that the Motion to Extend the Automatic Stay is granted, and the automatic stay is extended as to all creditors pursuant to § 362(c)(3)(B) of the Bankruptcy Code.

Attorney Keith D. Collier is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order